IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHELE NAVARRO, § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | Civil Action No. 5:18-cv-00657 |
| § | |
| DENNY'S, INC., § | |
| § | |
| Defendant. § | |
| § | |

## DEFENDANT'S NOTICE OF REMOVAL

Under 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Denny's, Inc. ("Defendant") files this Notice of Removal, giving notice that it is removing this civil action to the United States District Court for the Western District of Texas, San Antonio Division, based on federal question and diversity jurisdiction. In support of this Notice of Removal, Defendant shows:

## I.
## BACKGROUND

1.  On April 30, 2018, Plaintiff Michele Navarro filed this civil action, Cause No. 2018-CI-07799, in the 224th Judicial District Court of Bexar County, Texas.

2.  On June 11, 2018, Defendant was served with Plaintiff's Original Petition. *See* Exhibit 1.[1] A copy of the docket sheet in the state court case is attached hereto. *See* Exhibit 2. True and correct copies of the request for process, citation and affidavit of service are attached as Exhibit 3. Defendant is the only Defendant sued and served with Plaintiff's Original Petition. Therefore, all defendants named and served consent to removal.

---

[1] In accordance with 28 U.S.C. § 1446(a), attached hereto as Exhibits 1-3 are true and correct copies of all process, pleadings, and orders served upon Defendant in the state court proceeding, as well as a copy of the state court docket sheet.

**DEFENDANT'S NOTICE OF REMOVAL – Page 1**

3.      In this lawsuit, Plaintiff brings claims of unpaid overtime under the Fair Labor Standards Act ("FLSA"). Plaintiff seeks monetary relief of an unspecified amount, including economic damages, liquidated damages, attorneys' fees, expert fees, and court costs.[2]

## II.
## JURISDICTIONAL ALLEGATIONS

4.      This Court has subject matter jurisdiction in this case based upon federal question jurisdiction. 28 U.S.C. § 1332. Federal question jurisdiction exists in a civil matter when a cause of action arises under the laws of the United States. That requirement is met in this case.

5.      A defendant may remove to federal court any civil action that could have been brought in federal court. *See Merrell Dow Pharm. Inc. v. Thompson*, 478 U.S. 804, 808 (1986). A claim may be brought in federal court—that is, a federal court has original federal question jurisdiction—if the case "arises under" the laws of the United States. *See* 28 U.S.C. 1331. When federal law creates a private right of action and furnishes the substantive rules of decision, the claim arises under federal law, and district courts have federal question jurisdiction under 28 U.S.C. § 1331. *Mims v. Arrow Fin. Servs., LLC*, 565 U.S. 368, 378-379 (2012).

6.      Plaintiff alleges Defendant failed to compensate her as required by the FLSA. Because the FLSA is a federal statute that expressly provides for original jurisdiction in federal court, Plaintiff's FLSA claim irrefutably arises under federal law. *See Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 691(2003) (FLSA action was removable from state to federal court). Consequently, this Court has original federal question jurisdiction entitling Defendant to remove this case to federal court pursuant to 28 U.S.C. § 1331 and

---

[2] *See* Exhibit 1 ¶¶ 38 - 39.

**DEFENDANT'S NOTICE OF REMOVAL – Page 2**

1441.

### III.
### PROCEDURAL ALLEGATIONS

7. The Western District of Texas, San Antonio Division, is the federal district and division that embraces the District Court of Bexar County, Texas. *See* 28 U.S.C. § 124(d)(3). Defendant files this Notice of Removal within 30-days of having been served with Plaintiff's Original Petition. Therefore, removal is timely and proper under 28 U.S.C. §§ 1441(a) and (b) and 1446.

8. Defendant will give prompt written notice of the filing of this Notice of Removal to all adverse parties and will file a copy of the Notice of Filing Notice of Removal with the 98th Judicial District Court of Bexar County, Texas.[3]

### IV.
### PRAYER FOR RELIEF

9. Defendant Denny's, Inc. respectfully requests this action be removed from the District Court of Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division.

---

[3] *See* 28 U.S.C. § 1446(d)(3).

**DEFENDANT'S NOTICE OF REMOVAL – Page 3**

Dated: June 29, 2018            Respectfully submitted,

           */s/ Kimberly R. Miers*
Kimberly R. Miers
Texas State Bar No. 24041482
kmiers@littler.com
Andrew R. Gray
Texas State Bar No. 24106023
argray@littler.com
LITTLER MENDELSON, P.C.
100 Congress Ave.
Suite 1400
Austin, TX 78701
Tel: 512-982-7250

ATTORNEYS FOR DEFENDANT
DENNY'S INC.

## CERTIFICATE OF SERVICE

On the 29th day of June 2018, I electronically submitted the foregoing document with the Clerk of the Court using the Electronic Case Filing system of the Court. I hereby certify that I have served all parties, as follows:

*Via CMRRR 9414 7266 9904 2118 9388 36 and U.S. First Class Mail*
Gennaro Du Terroil
Law Office of Gennaro Du Terroil
18756 Stone Oak Pkwy, Suite 200
San Antonio, Texas 78258

           */s/ Kimberly R. Miers*
Kimberly R. Miers
Andrew R. Gray

Firmwide:154999179.1 053063.1072

**DEFENDANT'S NOTICE OF REMOVAL – Page 4**